**SO ORDERED,**



*Judge Katharine M. Samson*
*United States Bankruptcy Judge*
*Date Signed: October 14, 2021*

**The Order of the Court is set forth below. The docket reflects the date entered.**

## IN THE UNITED STATES BANKRUPTCY COURT
## OR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE: Ralph Cline White, Jr., Debtor           CASE NO. 21-01048-KMS
                                                                              Chapter 13

### ORDER

This matter comes before the Court on the Objection to Confirmation [Dk #25], Joinder [Dk #27], Motion to Sell Real Property [dk #13], Response [Dk #17], and Objection to Motion to Sell Real Estate [Dk #22] in the above styled case. The court being notified that the parties have reached an agreement, finds that certain relief should be granted.

IT IS THEREFORE ORDERED that Debtors, Ralph Cline White, Jr. and Constance White are hereby authorized to sell the real property located at 140 Ollhoft Road, Meridian, MS 39305 (more properly described in attached Exhibit "A") for no less than $35,000.00.

IT IS ALSO ORDERED AND ADJUDGED that from the proceeds of sale the Sellers are hereby authorized to pay any prorated land taxes, other expenses incurred with the sale of the real property, and the closing costs or settlement charges assessed against the Sellers.

IT IS ALSO ORDERED AND ADJUDGED that the sale shall be free and clear of liens or encumbrances.

IT IS ALSO THEREFORE FURTHER ORDERED AND ADJUDGED that Constance White's half of the remaining equity shall be tendered to Constance White. Ralph White's half of the remaining equity shall be tendered to Constance White up to the amount of Proof of Claim 10 in the above styled case ($14,931.00). To the extent that Proof of Claim 10 is not satisfied from the sale, Constance White may file an amended Proof of Claim for the balance. The Trustee shall make no distributions on Proof of Claim 10 as filed.

IT IS FURTHER ORDERED that this shall be a final settlement of all claims between Ralph White and Constance White once the sale is finalized. If the sale is not completed, then Constance White may request that these matters be reset for hearing.

IT IS FURTHER ORDERED that Constance White will mail a copy of this Order to Kimberly Lentz, Chapter 7 Trustee is case 21-50478-KMS within 10 days of the entry of this Order.

##END OF ORDER##

AGREED:

/s/ Thomas C Rollins, Jr.
Thomas C. Rollins, Jr. (MSB 103469)
4316 Old Canton Rd #101-C
Jackson, MS 39211
601-500-5533
ATTORNEY FOR CONSTANCE WHITE

/s/ Doug Engell
ATTORNEY FOR RALPH WHITE

/s/ Sam Duncan
ATTORNEY FOR CHAPTER 13 TRUSTEE, DAVID RAWLINGS

# EXHIBIT "A"

Inst. 2013006495 B D  2616 P  596

Begin at a point where the East line of NW ¼ of SE ¼ of Section 21, Township 8 North, Range 16 East, Lauderdale County, Mississippi, intersects the North right of way line of Ollhoft Road, thence West 210.0 feet in the North right of way line of said road, thence North 210.0 feet; thence East 210.0 feet, thence South 210.0 feet to the point of beginning; being part of NW ¼ of SE ¼, Section 21, Township 8 North, Range 16 East, Lauderdale County, Mississippi, and containing 1.0 acre, more or less.